Andrew B. Downs, SBN 111435
E-mail:   andy.downs@bullivant.com
Linda B. Oliver, SBN 166720
E-mail:   linda.oliver@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile:   415.352.2701

Attorneys for Defendant Philadelphia
Indemnity Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OJAI VALLEY SCHOOL, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | No. 2:20-cv-10600-MWF-MAAx<br><br>**JOINT STATUS REPORT** |

    Pursuant to the Order Staying Action (ECF 8), plaintiff Ojai Valley School and defendant Philadelphia Indemnity Insurance Company report as follows:

    1.    During the stay the parties engaged in extensive discussions which resulted in a significant narrowing of the scope of their disagreements and substantial payments by Philadelphia Indemnity. They also participated in a mediation with mediator Jean Lawler, which failed to resolve the outstanding issues.

– 1 –
JOINT STATUS REPORT: NO. 2:20-CV-10600-MWF-MAA

2. The parties continue to disagree regarding the amount due under the insurance policy.

3. Defendant Philadelphia Indemnity Insurance Company has demanded appraisal pursuant to the appraisal provision of the policy (see Insurance Code § 2071). Under the terms of the appraisal provision, Ojai Valley School has until June 21, 2021, within which to agree to appraisal and appoint an appraiser.

4. In the event Ojai Valley School does not agree to appraisal and does not appoint an appraiser by June 21, 2021, Philadelphia Indemnity will file a motion to compel appraisal and to further stay this action pending the entry of an appraisal award. If Ojai Valley School agrees to participate in appraisal, both parties anticipate filing a motion to stay this action pending entry of an appraisal award.

5. Under the circumstances, and without prejudice to the rights and defenses of either party, the parties request that the court not set a Rule 26 Scheduling Conference until after any motion to compel appraisal is ruled upon.

DATED: June 4, 2021

BULLIVANT HOUSER BAILEY PC

By */s/ Andrew B. Downs*
    Andrew B. Downs
    Linda B. Oliver

Attorneys for Defendant Philadelphia Indemnity Insurance Company

| | |
|---|---|
| DATED: June 4, 2021 | MYERS, WIDDERS, GIBSON, JONES & FEINGOLD, LLP |
| | By */s/ Erik B. Feingold* (*ABD)<br>Erik B. Feingold |
| | Attorneys for Plaintiff Ojai Valley School |

### CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)

I certify that all signatories listed, and on whose behalf this filing is submitted have concurred in the filing's content and have authorized the filing.

*/s/ Andrew B. Downs*
Andrew B. Downs

4843-8744-4204.1

*****