Andrew B. Downs, SBN 111435
E-mail:    andy.downs@bullivant.com
Linda B. Oliver, SBN 166720
E-mail:    linda.oliver@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile:   415.352.2701

Attorneys for Defendant Philadelphia
Indemnity Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OJAI VALLEY SCHOOL, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | No. 2:20-cv-10600-MWF-MAAx<br><br>**SUPPLEMENTAL JOINT STATUS REPORT** |

Plaintiff Ojai Valley School and defendant Philadelphia Indemnity Insurance Company report as follows:

     1.     The parties have not agreed to appraisal.

     2.     Philadelphia will not be seeking to compel appraisal.

     3.     The parties request that the Court set a Scheduling Conference. Due to calendar conflicts for lead counsel, the parties request that the Court <u>not</u> set the Scheduling Conference for any of the following dates:

– 1 –

1    August 2, 2021

2    August 23, 2021

3    August 30, 2021

4  DATED:  July 2, 2021

5                                    BULLIVANT HOUSER BAILEY PC

6

7                                    By  */s/ Andrew B. Downs*

8                                        Andrew B. Downs

9                                        Linda B. Oliver

10                                   Attorneys for Defendant Philadelphia

11                                   Indemnity Insurance Company

12  DATED:  July 2, 2021

13                                   MYERS, WIDDERS, GIBSON, JONES

14                                   & FEINGOLD, LLP

15

16                                   By  */s/ Erik B. Feingold* (*ABD)*

17                                        Erik B. Feingold

18                                   Attorneys for Plaintiff Ojai Valley School

19

20        **CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

21        I certify that all signatories listed, and on whose behalf this filing is

22  submitted have concurred in the filing's content and have authorized the filing.

23

24                                   */s/ Andrew B. Downs*

25                                   Andrew B. Downs

26  4842-7674-7760.1

27                                        *****

28